UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANIEL E. CARPENTER, and : | |
| GRIST MILL CAPITAL, LLC, : | |
| : | Case No. 3:13-cv-563 (SRU) |
| Plaintiffs, : | |
| : | Judge Stefan R. Underhill |
| v. : | |
| : | July 2, 2015 |
| COMMISSIONER, INTERNAL REVENUE : | |
| SERVICE, JOHN KOSKINEN, : | |
| SHAUN SCHRADER, VICTOR SONG, : | |
| and JANE AND JOHN DOES 1 TO 72, : | |
| : | |
| Defendants. : | |
| : | |

**MOTION FOR RECONSIDERATION OF, AND TO ALTER
OR AMEND, THE COURT'S JUNE 4, 2015 RULING AND ORDER,
AND FOR A *WALLACE* STAY OF RULE 41(G) CLAIM**

The United States of America, improperly named and sued as Commissioner John Koskinen, (the "United States" or "Government"), through undersigned counsel, moves this Court, pursuant to Federal Rule of Civil Procedure 59(e) and District of Connecticut Local Rule 7(c), for reconsideration of and to alter or amend the Court's June 4, 2015 Ruling and Order that commands the United States to "destroy any and all copies, electronic or otherwise, of all non-responsive documents (including computer 'mirror images') seized during the April 20, 2010 search," Doc. No. 55 at 14, and for a *Wallace* stay of this action.

A memorandum of law is being filed contemporaneously with this motion. All exhibits are attached and annexed to his motion.

1

WHEREFORE, Defendant United States of America moves the Court to reconsider and alter or amend the June 4, 2015 Ruling and Order by vacating it and dismissing or staying the Federal Rule of Criminal Procedure 41(g) claim in this lawsuit for the reasons set forth in the accompanying memorandum of law.

Dated: July 2, 2015

        Respectfully Submitted,

        For Defendant United States of America, improperly named and sued as Commissioner John Koskinen,

        CAROLINE D. CIRAOLO
        Acting Assistant Attorney General
        Tax Division, U.S. Department of Justice

        */s/ Jordan A. Konig*
        JORDAN A. KONIG (phv07255)
        AUSTIN L. FURMAN
        Trial Attorneys, Tax Division
        U.S. Department of Justice
        Post Office Box 55, Ben Franklin Station
        Washington, D.C. 20044
        (202) 305-7917/Fax: (202) 514-5238
        Jordan.A.Konig@usdoj.gov

Local Counsel:

DEIRDRE M. DALY
United States Attorney

JOHN B. HUGHES
Assistant United States Attorney