UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANIEL E. CARPENTER, and<br>GRIST MILL CAPITAL, LLC,<br>Plaintiffs, | : <br> : <br> : <br> : | Case No. 3:13-cv-563(SRU) |
| v. | : <br> : | |
| DOUGLAS SHULMAN, COMMISSIONER,<br>INTERNAL REVENUE SERVICE<br>VICTOR SONG, CHIEF, CRIMINAL<br>INVESTIGATION, DIVISION,<br>INTERNAL REVENUE SERVICE<br>DANIEL WERFEL, ACTING COMMISSIONER,<br>INTERNAL REVENUE SERVICE;<br>SHAUN SCHRADER, CRIMINAL<br>INVESTIGATION DIVISION,<br>INTERNAL REVENUE SERVICE;<br>72 UNKNOWN IRS AGENTS,<br>CRIMINAL INVESTIGATION DIVISION,<br>Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | OCTOBER 31, 2016 |

## NOTICE OF GMC CLAIMS

The plaintiff, Grist Mill Capital, GMC, hereby provides supplemental notice to the Court that it is pursuing only claims of Fourth Amendment violations and the 41g motion. GMC, through counsel, herewith provides notice that is abandoning any Fifth and Sixth Amendment claims that were referred to in the Complaint.

THE PLAINTIFF,

By__NORMAN A. PATTIS__/s/
NORMAN A. PATTIS (ct13120)
The Pattis Law Firm, LLC
383 Orange Street, First Floor
New Haven, CT 06511
203.393.3017 tel
203.393.9745 fx
npattis@pattislaw.com

1

## **CERTIFICATION**

    This is to certify that on the above-date, a copy of the foregoing was filed electronically. Notice of this filing will be sent, via e-mail, to all parties by operation of the Court's electronic filing system, and the undersigned did cause to be sent, via First Class U.S. mail, postage prepaid, a copy of the foregoing to all counsel and pro se parties that do not have access to the Court's electronic filing system and to whom the court directs the undersigned to send a hard copy via mail. Parties may access this filing through the Court's system.

By: /s/ NORMAN A. PATTIS