UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANIEL CARPENTER and<br>GRIST MILL CAPITAL, LLC, | : <br> : <br> : | No. 3:13-cv-563 (SRU) |
| Plaintiffs, | : <br> : | |
| vs. | : <br> : | |
| COMMISSIONER, INTERNAL REVENUE SERVICE, JOHN KOSKINEN, SHAUN SCHRADER, VICTOR SONG, and JANE AND JOHN DOES 1 TO 72, | : <br> : <br> : <br> : <br> : | November 12, 2020 |
| Defendants. | : <br> : | |

## JOINT STATUS REPORT

Pursuant to the Court's order dated August 17, 2020 (ECF 165), the Plaintiffs Daniel Carpenter and Grist Mill Capital, LLC ("GMC") and the Defendant United States of America hereby submit this Joint Status Report.

1. On June 22, 2018, the Court directed the clerk to enter partial judgment on the *Bivens* claims against Defendants Shaun Schrader and Kathy Enstrom, dismissing all claims against them. (ECF 151.)

2. The Court also ordered that proceedings on Plaintiffs' Rule 41(g) motion for return of property would continue to be stayed until "after Carpenter has been sentenced in the proceedings before Judge Chatigny, and has exhausted any appeal in that proceeding or of my dismissal of his *Bivens* claims against Schrader." (ECF 151.)

3. The judgments referenced in the Court's order are now final on appeal.

   a. The Second Circuit has affirmed Judge Chatigny's judgment in the criminal case, and the Supreme Court has denied certiorari. Mr. Carpenter's separate appeal relating to sentencing is still pending before the Second Circuit, but has no bearing on the merits

of the criminal judgment, or Plaintiffs' Rule 41(g) motion for return of property in the instant action.

        b.      The Second Circuit has affirmed this Court's dismissal of the instant action, and Plaintiffs did not seek review from the Supreme Court.

    4.      The parties agree that the stay of the Rule 41(g) proceedings in this action should be lifted. The parties will attempt to resolve this issue without further assistance from the Court. To that end, the government is investigating whether there has been any change in the location/custody of the seized items since last reported to the Court on January 10, 2018. (*See* ECF 140 at 2.)

    5.      The parties request that the Court set a December 12, 2020 deadline for the parties to file a follow-up joint status report indicating whether any disputes remain concerning Plaintiffs' Rule 41(g) motion and, if so, summarizing the parties' respective positions.

Respectfully submitted,

| THE PLAINTIFF, | THE DEFENDANT |
| DANIEL CARPENTER | UNITED STATES OF AMERICA |

By: */s/ Jeffrey P. Nichols*
    David A. Slossberg (ct13116)
    Jeffrey P. Nichols (ct29547)
    HURWITZ SAGARIN SLOSSBERG &
    KNUFF, LLC
    147 North Broad Street
    Milford, CT  06460-0112
    Telephone: (203) 877-8000
    Fax: (203) 878-9800
    JNichols@hssklaw.com
    DSlossberg@hssklaw.com

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Jordan A. Konig*
JORDAN A. KONIG (phv07255)
Trial Attorney, Tax Division,
U.S. Department of Justice
P.O. Box 55
Washington, D.C. 20044
(202) 305-7917 (phone)
(202) 514-5238 (fax)
Jordan.A.Konig@usdoj.gov

THE PLAINTIFF,
GRIST MILL CAPITAL, LLC

By: */s/ Jonathan J. Einhorn*
    JONATHAN J. EINHORN, ESQ.
    129 Whitney Avenue
    New Haven, Connecticut 06510
    Federal Bar No. ct00163
    203-777-3777
    einhornlawoffice@gmail.com

## **CERTIFICATE OF SERVICE**

  This is to certify that on November 12, 2020 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to all parties that are unable to accept electronic filing.  Parties may access this filing through the Court's electronic system.

            */s/ Jeffrey P. Nichols*
            Jeffrey P. Nichols