UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DANIEL CARPENTER, ET AL.                :

VS.                                                        :        NO. 3:13cv563(SRU)

COMMISSIONER OF THE IRS, ET AL. :        DECEMBER 30, 2020

**NOTICE OF APPEARANCE**

Please note the appearance of John R. Williams (ct00215) on behalf of both plaintiffs in this action.

        THE PLAINTIFFS

        BY:_____/s/_____(ct00215)_____
            JOHN R. WILLIAMS (ct00215)
            51 Elm Street
            New Haven, CT 06510
            203.562.9931
            Fax:  203.776.9494
            jrw@johnrwilliams.com

CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                          /s/          (ct00215)
                                    JOHN R. WILLIAMS