UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANIEL CARPENTER and GRIST MILL CAPITAL, LLC, | : | Civil Action No. 3:13-cv-00563-SRU |
| Plaintiffs, | : | |
| vs. | : | |
| DOUGLAS SHULMAN, COMMISSIONER, INTERNAL REVENUE SERVICE, et. al., | : | |
| | : | April 15, 2021 |
| Defendants | : | |

**PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE MOTION SEEKING RETURN OF SEIZED PROPERTY**

The Plaintiffs Daniel Carpenter and Grist Mill Capital seek an extension of time until April 26, 2021 to file a motion requesting the return of seized property pursuant to Rule 41(g). This Court had ordered by Docket Entry #178 on April 5, 2021 that such a motion be filed by April 19, 2021, but counsel for Grist Mill Capital is leaving today to visit family in California and will not return until April 20, 2021. Due to other federal court matters, counsel has been unable to complete this motion before leaving. Although the Order does not apply to *Carpenter vs. Allen, et al.,* 3:14-cv-741 (SRU), a similar Response was filed by the Government in that matter in response to the Courts Show Cause Order filed in both matters, and the plaintiff's motion will be directed to both files.[1]

Opposing counsel have no objection to this request.

---

[1] Query then, the potential usefulness of a consolidation order for these two files as these circumstances demonstrate.

THE PLAINTIFF
GRIST MILL CAPITAL, LLC

/s/ *Jonathan J. Einhorn*

JONATHAN J. EINHORN, ESQ.
129 WHITNEY AVENUE
NEW HAVEN, CONNECTICUT 06510
Federal Bar No. ct00163
203-777-3777
einhornlawoffice@gmail.com

THE PLAINTIFF
DANIEL CARPENTER

/s/ *John R. Williams*

JOHN R. WILLIAMS & ASSOCIATES
51 ELM STREET, Ste 409
NEW HAVEN, CONNECTICUT 06510
Federal Bar No. ct00215
203-562-9931
jrw@johnrwilliams.com

## CERTIFICATION

    I hereby certify that on this 14th day of April, 2021 a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicted on the Notice of Electronic Filing. Parties may access this filing through the Courts CM/ECF System.

/s/Jonathan J. Einhorn
Jonathan J. Einhorn