UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Daniel Carpenter, Grist Mill Capital LLC | : | |
| | : | |
| v. | : | CIVIL NO. 3:13CV563 (SRU) |
| | : | |
| Commissioner, Internal Revenue Service, John Koskinen, Shaun Schrader, Victor Song, John Doe 1 to 72, Jane Doe 1 to 72 | : : : : | |

JUDGMENT

This matter came before the Honorable Stefan R. Underhill, United States District Judge, as a result of plaintiff's motion for entry of judgment. The Court reviewed all of the papers filed in conjunction with the motion and on July 23, 2018 entered a partial judgment under Fed. R. Civ. P.54(b) in favor of Kathy Enstrom and Shaun Schrader, dismissing all claims against them. On July 14, 2021 a ruling entered granting in part and denying in part as moot plaintiff's motion for return of property. It is, therefore;

ORDERED, ADJUDGED and DECREED that no live claims remain in this case and that judgment shall enter against John Koskinen to the extent that the Internal Revenue Service must destroy the documents in its possession that were obtained from the plaintiffs, and the case is closed.

Dated at Bridgeport, Connecticut, this 23nd day July 2021.

                                             ROBIN TABORA, Clerk

                                   By /s/ Maria Corriette
                                          Maria Corriette
                                          Deputy Clerk

EOD: 07/23/2021