IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANIEL E. CARPENTER, and <br> GRIST MILL CAPITAL, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> COMMISSIONER, INTERNAL REVENUE SERVICE, JOHN KOSKINEN, SHAUN SCHRADER, VICTOR SONG, and AND JANE AND JOHN DOES 1 TO 72, <br><br> Defendants. | ) <br> ) <br> ) Case No. 3:13-CV-563-SRU <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF COMPLIANCE**

Pursuant to the Court's direction, the United States certifies that the Internal Revenue Service has confirmed that no paper documents seized from the April 20, 2010 search of 100 Grist Mill Road, Simsbury, Connecticut remain in its possession, custody, or control. In addition, IRS-CI has destroyed all hardware that included scanned copies or images related to the search, which consisted of a hard drive containing scanned copies of all seized documents and hardware containing mirror images of 11 hard drives, one thumb drive, and one external hard drive.

Respectfully Submitted,

DAVID A. HUBBERT
Acting Assistant Attorney General

*/s/ Jordan A. Konig*
JORDAN A. KONIG (phv07255)
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Washington, D.C.  20044
Tel: (202) 305-7917; Fax: (202) 514-5238
Email: Jordan.A.Konig@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on October 1, 2021, I filed this *Notice of Compliance* with the Clerk of Court using the CM/ECF system, which will send notice of this filing to all parties registered to receive such notice.

*/s/ Jordan A. Konig*
JORDAN A. KONIG
Trial Attorney, Tax Division
U.S. Department of Justice
